IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **ROBERT KNOX,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| **vs.** ) | Civil Action Number |
| ) | **2:00-cv-01841-UWC** |
| **TUSCALOOSA COUNTY,** ) | |
| ) | |
| Defendant. ) | |

# FINDINGS OF FACT AND CONCLUSION OF LAW
## ON APPELLATE COUNSEL'S MOTION FOR ATTORNEY'S FEES

A. Findings of Fact

1. Roughly six weeks prior to the entry of the September 24, 2003, Final and Declaratory Judgment in this case, Attorney James A. Mendelsohn entered his appearance in this case. At that time, Plaintiff was not represented by counsel.

2. Attorney Mendelsohn represented Plaintiff on appeal to the Eleventh Circuit. Two issues were presented to the Circuit for review.

3. On March 31, 2005, the Eleventh Circuit issued its mandate reversing this this Court's finding that Plaintiff was denied a promotion to a road foreman's position because of his race. Simultaneously, the Circuit affirmed this Court's finding that Defendant Tuscaloosa County subjected Plaintiff to disparate terms and conditions of employment because of his race.

4. Attorney Mendelsohn has reasonably expended 60.1 hours in his representation of Plaintiff. Most of these hours were expended at the appellate level.[1]

5. As found earlier, Plaintiff prevailed on his claim for disparate terms and conditions of employment. On this issue, which the Court finds to be most important, Plaintiff has obtained significant declaratory and injunctive relief against Defendant Tuscaloosa County for its transparent violations of Section 1983 and Title VII. Moreover, he is entitled to $20,000 in damages.

6. On Plaintiff's promotion claim, an issue on which he ultimately lost, Plaintiff would have been entitled to backpay.

7. The Court finds that the hours reasonably expended by Attorney Mendelsohn should be reduced by a third (33%) because of Plaintiff's lack of total success on each of his claims. Thus, he is entitled to compensation for 20 hours.

8. Because of Attorney Mendelsohn's considerable experience, his expertise in the field of employment law, and to account for the delay in payment, a reasonable hourly rate is $300.00.

9. Attorney Mendelsohn has reasonably incurred $297.00 in the prosecution of this case.

---

[1] The Court finds that Attorney Mendelsohn is entitled to compensation for the 10.6 hours he expended in familiarizing himself with the case after Plaintiff's original counsel had either been suspended from the practice of law by the Alabama Bar Association or granted permission to withdraw from the case.

B. Conclusion of Law

Attorney James L. Mendelsohn is entitled to recover from Defendant Tuscaloosa County the sum of $12,227 as a reasonable attorney's fee and reimbursement of his reasonable expenses incurred in his representation of Plaintiff Robert Knox.

A separate order shall issue.

Done this 17th day of June, 2005.

_____
U.W. Clemon
Chief United States District Judge